1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

| | |
|---|---|
| LISA J. NOWAK,<br><br>                      Plaintiff,<br><br>       v.<br><br>ENCOMPASS INDEMNITY<br>COMPANY,<br><br>                      Defendant. | C21-5793 TSZ<br><br>MINUTE ORDER SETTING<br>TRIAL DATE AND RELATED<br>DATES |

13 **JURY TRIAL DATE**                                      **March 6, 2023**

14 Length of Trial                                      5–10 days[1]

15 Deadline for joining additional parties                    January 25, 2022

16 Deadline for amending pleadings                    August 15, 2022

17 Disclosure of expert testimony under FRCP 26(a)(2)                    August 15, 2022

18 All motions related to discovery must be filed by                    October 6, 2022
   and noted on the motion calendar no later than
19 the third Friday thereafter (see LCR 7(d))

20

21

---

22 [1] The Court DEFERS ruling on whether to bifurcate trial for Plaintiff's UIM claims and extracontractual claims.

23

| | |
|---|---|
| Discovery completed by | November 14, 2022 |
| All dispositive motions must be filed by | December 15, 2022 |
| and noted on the motion calendar no later than | |
| the fourth Friday thereafter (see LCR 7(d)) | |
| All motions related to expert witnesses (e.g., a | |
| Daubert motion) must be filed by | December 22, 2022 |
| and noted on the motion calendar no later than | |
| the third Friday thereafter (see LCR 7(d)) | |
| All motions in limine should be filed by | February 2, 2023 |
| and noted on the motion calendar no later than | |
| the Friday before the Pretrial Conference (see | |
| LCR 7(d)(4)) | |
| Agreed Pretrial Order due[2] | February 17, 2023 |
| Trial Briefs, proposed voir dire questions, and | |
| jury instructions due | February 17, 2023 |
| Pretrial conference to be held at **10:00 AM** on | February 24, 2023 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1.

---

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e−mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 2

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted."  The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column.  Duplicate documents shall not be listed twice; once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at (206) 370-8522, no later than the Friday before the trial.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.  Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit is number 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.  Should this

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 3

1   case settle, counsel shall notify Judge Zilly's Chambers at (206) 370-8830 as soon as

2   possible.

3         The Clerk is directed to send a copy of this Minute Order to all counsel of record.

4         Dated this 28th day of December, 2021.

5                                          Ravi Subramanian
6                                          Clerk

7                                          s/Gail Glass
                                           Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 4